"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>Laterrial Dewaun Norwood,<br>                  Defendant. | Case No.: SA 10-225M<br><br>ORDER OF DETENTION |

**I.**

A.   (X)   On motion of the Government in a case allegedly involving:

    1.   (X)   a crime of violence.

    2.   ( )   an offense with maximum sentence of life imprisonment or death.

    3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

    5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X)    On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

     (X)    On the further allegation by the Government of:

         1.    (X)    a serious risk that the defendant will flee.

         2.    ( )    a serious risk that the defendant will:

             a.    ( )    obstruct or attempt to obstruct justice.

             b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.    (X)    The Court finds that no condition or combination of conditions will reasonably assure:

         1.    (X)    the appearance of the defendant as required.

             (X)    and/or

         2.    (X)    the safety of any person or the community.

B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.    (X)    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    (X)    the weight of evidence against the defendant;

C.   (X)   the history and characteristics of the defendant; and
D.   (X)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   As to flight risk:  Defendant's lack of bail resources and submission to detention.
B.   (X)   As to danger:  The nature of the charged offense and Defendant's criminal history.

### VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
    1.   ( )   obstruct or attempt to obstruct justice.
    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.   The Court bases the foregoing finding(s) on the following:

_____
_____
_____

### VI.

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

1      custody pending appeal.

2 C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable

3      opportunity for private consultation with counsel.

4 D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on

5      request of any attorney for the Government, the person in charge of the

6      corrections facility in which defendant is confined deliver the defendant to a

7      United States marshal for the purpose of an appearance in connection with a court

8      proceeding.

10 Dated: May 14, 2010

                                      /s/   Arthur Nakazato
                                       ARTHUR NAKAZATO
                                  UNITED STATES MAGISTRATE JUDGE